# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAWRENCE J. KANSKY,** : | |
| Plaintiff | |
| : | CIVIL ACTION NO. 3:20-0042 |
| v. | (JUDGE MANNION) |
| : | |
| **LUZERNE COUNTY, LUZERNE COUNTY SHERIFFS DEPARTMENT and BRIAN SZUMSKI,** : | |
| Defendants | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The motion to withdraw as counsel filed by Attorney Cynthia Pollick, (Doc. 44), is **DENIED without prejudice**;

(2) The plaintiff's motion for an extension of time, (Doc. 40), is **DISMISSED AS MOOT**;

(3) This matter is **STAYED** for a period of **THIRTY (30) DAYS** to permit the plaintiff to retain new counsel;

(4) If new counsel is retained, the plaintiff's response to the defendants' motion to dismiss is due **THIRTY (30) DAYS** from the entry of his new counsel's appearance; and

**(5)** If no new counsel is retained, the brief in opposition by present counsel will be due on or before April1, 2021.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: February 19, 2021**
20-42-01-Order