| | |
|---|---|
| Cynthia L. Pollick, Esquire, LLM<br>ID No.: 83826<br>PO Box 757<br>Clarks Summit PA 18411<br>(570) 510-7630 | Attorney for Plaintiff |

_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE J. KANSKY, | : | |
| | : | JURY TRIAL DEMANDED |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | DOCKET NO.: 20-42 |
| LUZERNE COUNTY, et. al. | : | |
| | : | |
| Defendants | : | |

_____

## SUPPLEMENTAL DOCUMENTS[1]

Exhibit "A" – Guilty findings by Magisterial District Judge Terrance V. Gallagher (Westside – Farr Street Office) for three (3) criminal charges of harassment brought by separated husband, Attorney Anthony P. Trozzolillo, which when appealed puts Plaintiff's life, liberty and law license at risk since Plaintiff's counsel can spend 270 days in jail.

Judge Gallagher found that Attorney Anthony P. Trozzolillo was harassed based on his claims that he was in fear when Plaintiff's counsel drove on "his" public street. Plaintiff's counsel challenges Judge Gallagher legal and factual findings.

---

[1] Plaintiff's counsel's life, liberty and law license are in limbo, which is more reason to allow Plaintiff's counsel to withdraw from this matter since she has to focus on those things in order to practice law.

Respectfully Submitted:

s/Cynthia L. Pollick
Cynthia L. Pollick, Esquire
Pa. I.D. No.: 83826
PO Box 757
Clarks Summit PA 18411
(570) 510-7630
pollick@lawyer.com

## **CERTIFICATE OF SERVICE**

Cynthia L. Pollick, Esquire, hereby certifies that on April 24, 2021, she served a copy of Plaintiff's Supplemental Documents by serving a copy via electronically on Defendants' counsel:

    Sean P. McDonough, Esquire
    Dougherty Leventhal & Price LLP
    75 Glenmaura National Blvd.
    Moosic PA 18507

                                              s/Cynthia L. Pollick
                                              Cynthia L. Pollick, Esquire



# Magisterial District Judge 45-1-05

## DOCKET

Docket Number: MJ-45105-NT-0000029-2021

## Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Cynthia Lynn Pollick

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Terrence V. Gallagher | Issue Date: | |
| OTN: | | File Date: | 02/05/2021 |
| Arresting Agency: | Scranton City Police Dept | Arrest Date: | |
| Citation No.: | R 3155807-4 | Incident No.: | |
| Disposition: | Guilty | Disposition Date: | 04/22/2021 |
| County: | Lackawanna | Township: | Scranton City |
| Case Status: | Closed | | |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Closed | 04/23/2021 | Completed |
| | 04/23/2021 | Case Balance Due |
| | 04/22/2021 | Case Disposed/Penalty Imposed |
| | 04/22/2021 | Awaiting Sentencing |
| | 02/19/2021 | Awaiting Summary Trial |
| | 02/05/2021 | Awaiting Plea |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Summary Trial | 04/22/2021 | 3:00 pm | | Magisterial District Judge Terrence V. Gallagher | Scheduled |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Pollick, Cynthia Lynn | Sex: | Female |
| Date of Birth: | 07/17/1970 | Race: | White |
| Address(es): | | | |

**Other**
Clarks Summit, PA 18411

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Arresting Officer | Morrison, Michael J. |
| Defendant | Pollick, Cynthia Lynn |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act  (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 45-1-05

## DOCKET

Docket Number: MJ-45105-NT-0000029-2021

## Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Cynthia Lynn Pollick

Page 2 of 2

### CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|--------|-------|-------------|-------------|-------------|
| 1 | 18 § 2709 §§ A3 | S | Harassment - Course of Conduct W/No Legitimate Purpose | 01/23/2021 | Guilty |

### DISPOSITION / SENTENCING DETAILS

**Case Disposition**
Guilty

**Disposition Date**
04/22/2021

**Was Defendant Present?**
Yes

| Offense Seq./Description | Offense Disposition |
|--------------------------|---------------------|
| 1  Harassment - Course of Conduct W/No Legitimate Purpose | Guilty |

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|------------|-------|-------|------------|
| 04/22/2021 | Guilty | Magisterial District Judge Terrence V. Gallagher | Cynthia Lynn Pollick, Defendant |
| 02/19/2021 | Summons Cancelled | Magisterial District Court 45-1-05 | Cynthia Lynn Pollick, Defendant |
| 02/05/2021 | Summons Issued | Magisterial District Court 45-1-05 | Cynthia Lynn Pollick, Defendant |
| 02/05/2021 | Non-Traffic Citation Filed | Magisterial District Court 45-1-05 | |
| 02/05/2021 | First Class Summons Issued | Magisterial District Court 45-1-05 | Cynthia Lynn Pollick, Defendant |

### CASE FINANCIAL INFORMATION

Case Balance: $0.00    Next Payment Amt:
Last Payment Amt:      Next Payment Due Date:

| | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | ($35.00) | $0.00 |
| Title 18 - Payable to Municipality | $50.00 | $0.00 | $0.00 | ($50.00) | $0.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | ($25.00) | $0.00 |
| County Court Cost (Act 204 of 1976) | $34.70 | $0.00 | $0.00 | ($34.70) | $0.00 |
| JCPS | $21.25 | $0.00 | $0.00 | ($21.25) | $0.00 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | ($8.00) | $0.00 |
| OAG - JCP | $2.50 | $0.00 | $0.00 | ($2.50) | $0.00 |
| State Court Costs (Act 204 of 1976) | $9.40 | $0.00 | $0.00 | ($9.40) | $0.00 |
| CJES | $2.50 | $0.00 | $0.00 | ($2.50) | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.40 | $0.00 | $0.00 | ($9.40) | $0.00 |
| ATJ | $6.00 | $0.00 | $0.00 | ($6.00) | $0.00 |
| Domestic Violence Compensation (Act 44 of 198 | $10.00 | $0.00 | $0.00 | ($10.00) | $0.00 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 45-1-05

## DOCKET

Docket Number: MJ-45105-NT-0000030-2021

## Non-Traffic Docket



Commonwealth of Pennsylvania
v.
Cynthia Lynn Pollick

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Terrence V. Gallagher | Issue Date: | |
| OTN: | | File Date: | 02/05/2021 |
| Arresting Agency: | Scranton City Police Dept | Arrest Date: | |
| Citation No.: | R 2716389-4 | Incident No.: | |
| Disposition: | Guilty | Disposition Date: | 04/22/2021 |
| County: | Lackawanna | Township: | Scranton City |
| Case Status: | Closed | | |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Closed | 04/23/2021 | Case Balance Due |
| | 04/22/2021 | Case Disposed/Penalty Imposed |
| | 04/22/2021 | Awaiting Sentencing |
| | 02/19/2021 | Awaiting Summary Trial |
| | 02/05/2021 | Awaiting Plea |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Summary Trial | 04/22/2021 | 3:00 pm | | Magisterial District Judge Terrence V. Gallagher | Scheduled |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Pollick, Cynthia Lynn | Sex: | Female |
| Date of Birth: | 07/17/1970 | Race: | White |
| Address(es): | | | |

**Other**
Clarks Summit, PA 18411

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Defendant | Pollick, Cynthia Lynn |
| Arresting Officer | Turner, William G. IV |

### CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|---|
| 1 | 18 § 2709 §§ A3 | S | Harassment - Course of Conduct W/No Legitimate Purpose | 01/23/2021 | Guilty |

MDJS 1200                                                                                           Printed: 04/24/2021   5:06 am

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act  (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 45-1-05

## DOCKET

Docket Number: MJ-45105-NT-0000030-2021

## Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Cynthia Lynn Pollick

Page 2 of 2

### DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| **Guilty** | 04/22/2021 | Yes |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1  Harassment - Course of Conduct W/No Legitimate Purpose | Guilty |

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 04/22/2021 | Guilty | Magisterial District Judge Terrence V. Gallagher | Cynthia Lynn Pollick, Defendant |
| 02/19/2021 | Summons Cancelled | Magisterial District Court 45-1-05 | Cynthia Lynn Pollick, Defendant |
| 02/05/2021 | Summons Issued | Magisterial District Court 45-1-05 | Cynthia Lynn Pollick, Defendant |
| 02/05/2021 | Non-Traffic Citation Filed | Magisterial District Court 45-1-05 | |
| 02/05/2021 | First Class Summons Issued | Magisterial District Court 45-1-05 | Cynthia Lynn Pollick, Defendant |

### CASE FINANCIAL INFORMATION

Case Balance:        $50.00          Next Payment Amt:
Last Payment Amt:                    Next Payment Due Date:

| | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | ($27.18) | $7.82 |
| Title 18 - Payable to Municipality | $100.00 | $0.00 | $0.00 | ($77.63) | $22.37 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | ($19.41) | $5.59 |
| ATJ | $6.00 | $0.00 | $0.00 | ($6.00) | $0.00 |
| CJES | $2.50 | $0.00 | $0.00 | ($2.50) | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.40 | $0.00 | $0.00 | ($7.30) | $2.10 |
| County Court Cost (Act 204 of 1976) | $34.70 | $0.00 | $0.00 | ($26.94) | $7.76 |
| JCPS | $21.25 | $0.00 | $0.00 | ($21.25) | $0.00 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | ($8.00) | $0.00 |
| OAG - JCP | $2.50 | $0.00 | $0.00 | ($2.50) | $0.00 |
| State Court Costs (Act 204 of 1976) | $9.40 | $0.00 | $0.00 | ($7.30) | $2.10 |
| Domestic Violence Compensation (Act 44 of 198 | $10.00 | $0.00 | $0.00 | ($7.74) | $2.26 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act  (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 45-1-05

## DOCKET

Docket Number: MJ-45105-NT-0000031-2021

## Non-Traffic Docket



Commonwealth of Pennsylvania
v.
Cynthia Lynn Pollick

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Terrence V. Gallagher | Issue Date: | |
| OTN: | | File Date: | 02/05/2021 |
| Arresting Agency: | Scranton City Police Dept | Arrest Date: | |
| Citation No.: | R 3155954-4 | Incident No.: | |
| Disposition: | Guilty | Disposition Date: | 04/22/2021 |
| County: | Lackawanna | Township: | Scranton City |
| Case Status: | Closed | | |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Closed | 04/23/2021 | Case Balance Due |
| | 04/22/2021 | Case Disposed/Penalty Imposed |
| | 04/22/2021 | Awaiting Sentencing |
| | 02/19/2021 | Awaiting Summary Trial |
| | 02/05/2021 | Awaiting Plea |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Summary Trial | 04/22/2021 | 3:00 pm | | Magisterial District Judge Terrence V. Gallagher | Scheduled |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Pollick, Cynthia Lynn | Sex: | Female |
| Date of Birth: | 07/17/1970 | Race: | White |
| Address(es): | | | |

**Other**
Clarks Summit, PA 18411

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Arresting Officer | Hogben, Dennis J. Jr. |
| Defendant | Pollick, Cynthia Lynn |

### CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|---|
| 1 | 18 § 2709 §§ A3 | S | Harassment - Course of Conduct W/No Legitimate Purpose | 01/23/2021 | Guilty |

MDJS 1200                                                                                              Printed: 04/24/2021   5:04 am

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act  (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 45-1-05

## DOCKET

Docket Number: MJ-45105-NT-0000031-2021

## Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Cynthia Lynn Pollick

Page 2 of 2

### DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| **Guilty** | 04/22/2021 | Yes |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1  Harassment - Course of Conduct W/No Legitimate Purpose | Guilty |

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 04/22/2021 | Guilty | Magisterial District Judge Terrence V. Gallagher | Cynthia Lynn Pollick, Defendant |
| 02/19/2021 | Summons Cancelled | Magisterial District Court 45-1-05 | Cynthia Lynn Pollick, Defendant |
| 02/05/2021 | Summons Issued | Magisterial District Court 45-1-05 | Cynthia Lynn Pollick, Defendant |
| 02/05/2021 | Non-Traffic Citation Filed | Magisterial District Court 45-1-05 | |
| 02/05/2021 | First Class Summons Issued | Magisterial District Court 45-1-05 | Cynthia Lynn Pollick, Defendant |

### CASE FINANCIAL INFORMATION

Case Balance:    $50.00        Next Payment Amt:
Last Payment Amt:              Next Payment Due Date:

| | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | ($27.18) | $7.82 |
| Title 18 - Payable to Municipality | $100.00 | $0.00 | $0.00 | ($77.63) | $22.37 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | ($19.41) | $5.59 |
| ATJ | $6.00 | $0.00 | $0.00 | ($6.00) | $0.00 |
| CJES | $2.50 | $0.00 | $0.00 | ($2.50) | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.40 | $0.00 | $0.00 | ($7.30) | $2.10 |
| County Court Cost (Act 204 of 1976) | $34.70 | $0.00 | $0.00 | ($26.94) | $7.76 |
| JCPS | $21.25 | $0.00 | $0.00 | ($21.25) | $0.00 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | ($8.00) | $0.00 |
| OAG - JCP | $2.50 | $0.00 | $0.00 | ($2.50) | $0.00 |
| State Court Costs (Act 204 of 1976) | $9.40 | $0.00 | $0.00 | ($7.30) | $2.10 |
| Domestic Violence Compensation (Act 44 of 198 | $10.00 | $0.00 | $0.00 | ($7.74) | $2.26 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act  (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.