| | |
|---|---|
| The Employment Law Firm<br>Cynthia L. Pollick, LLM, MA<br>ID No.: 83826<br>PO Box 757<br>Clarks Summit PA 18411<br>(570) 510-7630 | Attorney for Plaintiff |

---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE J. KANSKY, | : | |
| | : | JURY TRIAL DEMANDED |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | DOCKET NO.: 20-42 |
| LUZERNE COUNTY, LUZERNE | : | |
| COUNTY SHERIFF'S | : | |
| DEPARTMENT, BRIAN SZUMSKI | : | |
| | : | |
| Defendants | : | |

---

## **AMENDED NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Lawrence J. Kansky, in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the order denying Plaintiff's Motion to Withdraw as Counsel on June 15, 2021, requiring a lawyer to remain on a case without payment as agreed between a lawyer and another lawyer, who is the client.

Respectfully Submitted:

s/Cynthia L. Pollick
Cynthia L. Pollick, Esquire, LLM, MA
Pa. I.D. No.: 83826
PO Box 757
Clarks Summit PA 18411
(570) 510-7630

## **CERTIFICATE OF SERVICE**

Cynthia L. Pollick, Esquire, hereby certifies that on June 16, 2021, she served a copy of Plaintiff's Amended Notice of Appeal by serving a copy via electronically on Defendants' counsel:

Sean P. McDonough, Esquire
Dougherty Leventhal & Price LLP
75 Glenmaura National Blvd.
Moosic PA 18507

s/Cynthia L. Pollick
Cynthia L. Pollick, Esquire, LLM, MA