# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAWRENCE J KANSKY,** | : |
| **Plaintiff** | : **CIVIL ACTION NO. 3:20-42** |
| **v.** | : **(JUDGE MANNION)** |
| **LUZERNE COUNTY, et al.** | : |
| **Defendants** | : |

## ORDER

**IT IS HEREBY ORDERED THAT:**

(1) Attorney Pollick is instructed to notify her clients of her withdrawal as counsel and serve her clients a copy of this order.

(2) Plaintiff will have 60 days to indicate to the court whether they will proceed *pro se* or will enter new counsel.

(3) If no indication is given, then the matter will be dismissed for a failure to prosecute their claim.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

**DATED: October 20, 2022**
20-42-02-ORDER