IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE J. KANSKY | : |
| | : CIVIL NO. 3: 20-CV-0042 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE MANNION) |
| | : |
| LUZERNE COUNTY, LUZERNE COUNTY SHERIFF'S DEPARTMENT, and LUZERNE COUNTY SHERIFF BRIAN SZUMSKI, individually and in his official capacity, | : : : : : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS' STATUS REPORT**

Consistent with the Court's Practice Order under date of May 15, 2023, the Court directed the parties to provide a status report on the current state of the litigation.

1

Plaintiff provided Defendants with a demand on February 14, 2023 of $35,000 dollars which included a request to have his license to carry permit reinstated.  Undersigned counsel made a recommendation to the Luzerne County Council and the County Solicitor as it relates to settlement; however, at that time because of a vacancy in the County Manager position, I was advised that the matter could not be entertained until the new County Manager began her tender which commenced today.

Defense Counsel is respectfully requesting an additional 45 days to formerly respond to Plaintiff's settlement demand.

                                        Respectfully submitted:

                                        DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

                                        s/Sean P. McDonough
By:   _____
        Sean P. McDonough, Esquire
        Attorney for Defendants
        PA ID# 47428
        75 Glenmaura National Blvd.
        Moosic, PA 18507
        Phone (570) 347-1011  Fax (570) 347-7028
        smcdonough@dlplaw.com

## CERTIFICATE OF SERVICE

      I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 25th day of May, 2023, I served the foregoing DEFENDANTS' STATUS REPORT upon the persons indicated below as follows:

Via electronic filing

Lawrence J. Kansky
Kansky Law Offices, LLC
400 Third Avenue, Ste. 312
Kingston, PA 18704
larry.kansky@gmail.com

      Respectfully submitted,

      DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

      s/Sean P. McDonough

      _____
      SEAN P. McDONOUGH, ESQUIRE
      Attorney for Defendants
      PA ID# 47428
      75 Glenmaura National Blvd.
      Moosic, PA 18507
      Phone (570) 347-1011
      Fax (570) 347-7028
      smcdonough@dlplaw.com