| | |
|---|---|
| KANSKY LAW OFFICES<br>Atty ID No. 312606<br>400 Third Ave. Suite 312<br>Kingston, PA  18704<br>Tele: (570) 287 - 1144 | Pro Se for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE J. KANSKY,<br>          PLAINTIFF | JURY TRIAL DEMANDED |
| V. | |
| LUZERNE COUNTY, et al.<br>          DEFENDANTS | DOCKET NO.:20-42 |

## STATUS UPDATE

Plaintiff, Lawrence J. Kansky, representing himself pro se hereby submits this status update on the above cited case.

1. Over the last several months, Plaintiff has communicated with the Defendant's attorney, Sean P. McDonough, Esquire, in efforts to resolve and settle this case.

2. On February 14, 2023, Plaintiff sent Defendant's counsel a **Demand Letter For Settlement Purposes Only**.

3. Defendant's counsel never responded to said Demand Letter.

4. Little negotiations occurred after the above, so Plaintiff informally retained Brian Corcoran, Esquire, who has known Defendant's counsel for many years to verbally help in the resolving of this case.

5. Defendant's counsel eventually made a settlement offer that was rejected by Plaintiff.

6. Therefore, a conference before the Court is needed so that a timetable can be established regarding Discovery materials, Depositions dates, and a potential Trial date.

| | |
|---|---|
| September 28, 2023, | Respectfully submitted: |
| | /s/ *Lawrence J. Kansky, Esquire* <br> Pro Se for Plaintiff |

## CERTIFICATE OF SERVICE

Lawrence J. Kansky, Pro Se, hereby certifies that on September 28, 2023, the ECF System and Attorney Kansky by email, provided Defendant with Plaintiff's **Status Update.**

    Sean P. McDonough, Esquire
    Dougherty Leventhal & Price LLP
    75 Glenmaura National Blvd.
    Moosic, PA 18507

/s/ *Lawrence J. Kansky, Esquire*
Pro Se for Plaintiff