IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE J. KANSKY | : |
| | : CIVIL NO.  3: 20-CV-0042 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE MANNION) |
| | : |
| LUZERNE COUNTY, LUZERNE COUNTY SHERIFF'S DEPARTMENT, and LUZERNE COUNTY SHERIFF BRIAN SZUMSKI, individually and in his official capacity, | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS' STATUS REPORT**

Consistent with the Court's request of September 19, 2023, the Court directed the parties to provide a status report on the current state of the litigation on or before September 29, 2023.  This report is provided in response to said request.

1

On Tuesday, September 26, 2023, the undersigned, as counsel for the Defendants, contacted Attorney Kansky to discuss the submission of a joint status report consistent with the Court's recent request. As of the time of this submission, the parties have not had the opportunity to converse.

Subsequent to the last conference before the Court, counsel for the Defendants met with the County Solicitor for Luzerne County as well as the County Council and settlement authority was extended to Defense Counsel. Defense Counsel made an offer amounting to the full authority that he had received from the County Council. This offer was rejected by Mr. Kansky and no further negotiations have taken place.

        Respectfully submitted:

        DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

        s/Sean P. McDonough
By: _____
        Sean P. McDonough, Esquire
        Attorney for Defendants
        PA ID# 47428
        75 Glenmaura National Blvd.
        Moosic, PA 18507
        Phone (570) 347-1011  Fax (570) 347-7028
        smcdonough@dlplaw.com

## CERTIFICATE OF SERVICE

      I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 29th day of September, 2023, I served the foregoing DEFENDANTS' STATUS REPORT upon the persons indicated below as follows:

Via electronic filing

Lawrence J. Kansky
Kansky Law Offices, LLC
400 Third Avenue, Ste. 312
Kingston, PA 18704
larry.kansky@gmail.com

                Respectfully submitted,

                DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

                s/Sean P. McDonough

                _____
                SEAN P. McDONOUGH, ESQUIRE
                Attorney for Defendants
                PA ID# 47428
                75 Glenmaura National Blvd.
                Moosic, PA 18507
                Phone (570) 347-1011
                Fax (570) 347-7028
                smcdonough@dlplaw.com