UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAWRENCE J. KANSKY,** | : |
| Plaintiff | : CIVIL ACTION NO. 20-cv-42 |
| v. | : (JUDGE MANNION) |
| **LUZERNE COUNTY, LUZERNE COUNTY SHERIFF'S DEPARTMENT, AND BRIAN SZUMSKI,** | : |
| Defendant | : |

## ORDER

In accordance with the memorandum issued this same day, it is **HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss, (Doc. 66), is **GRANTED IN PART** and **DENIED IN PART**.

2. Plaintiff's Third Amended Complaint, (Doc. 57) is **DISMISSED** as to all claims against the Luzerne County Sheriff's Department.

3. Defendants' motion to dismiss Count I of the Complaint is **GRANTED** as to Luzerne County and Defendant Szumski in his official capacity. It is **DENIED** as to Defendant Szumski in his individual capacity.

4. Defendants' motion to dismiss Count II of the Complaint is **GRANTED** as to Defendant Szumski in his individual capacity and to the extent Count II claims overbreadth. It is **DENIED** as to Luzerne County and Defendant Szumski in his official capacity.

5. Defendants' motion to dismiss Count III of the Complaint is **GRANTED.**

6. Defendants' motion to dismiss Count IV of the Complaint is **GRANTED**.

7. Defendants' motion to dismiss Count V of the Complaint is **GRANTED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 2, 2023**
20-42-02